UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERNESTO GARCIA,

                        Plaintiff,           Case No. 22-CV-03358(DG)(JRC)

- v –                       **PLAINTIFF'S NOTICE OF**
                                                         **ACCEPTANCE OF DEFENDANTS'**
FRENSCO BUILDING PRODUCTS,     **OFFER OF JUDGMENT**
CORP, ET AL.

                        Defendants.
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that Plaintiff Ernesto Garcia ("Plaintiff") hereby gives written notice of his acceptance of the Rule 68 Offer of Judgment of Defendants Frensco Building Products Corp., Frensco Inc. and Daniel Phua as follows:

1. Plaintiff accepts Defendants' Offer of Judgment in the total amount of Forty-five Thousand Dollars ($45,000.00) inclusive of all interest, costs and attorneys' fees accrued.

2. A copy of Defendants' Rule 68 Offer of Judgment, which was served on Plaintiff's counsel on November 22, 2022, is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff requests that the Clerk of the Court enter a judgment in this matter against Defendants Frensco Building Products Corp., Frensco Inc. and Daniel Phua in the amount of Forty-five Thousand Dollars ($45,000.00), inclusive of all interest, costs and attorneys' fees accrued.

Dated: Garden City, New York
      November 22, 2022

By: _____
    Andrew C. Weiss
    Borrelli & Associates, P.L.L.C
    *Attorneys for Plaintiff*
    910 Franklin Avenue, Suite 200
    Garden City, New York 11530
    Tel: (516) 248-5550
    Fax: (516) 248-0627